UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS :
LIABILITY LITIGATION (NO. IV) : Civil Action No. MDL 875

This Document Relates To: The Claims of Carl Sylvestor Becnel ("Plaintiff") in the action below.

19th Judicial District Court, Division "Ad Hoc"

| Carl Sylvestor Becnel, et al., | § | |
|---|---|---|
| Plaintiff(s), | § | CIVIL ACTION |
| VS. | § | FILE NO. 566252 |
| ANCO INSULATIONS, INC., et al., | § | |
| Defendant(s). | § | |

## MOTION AND ORDER FOR TRANSFER OF
## CERTAIN CLAIMS TO "BANKRUPTS ONLY" DOCKET

Plaintiff hereby submits to the Court, in accordance with this Court's Administrative Order No. 12 Paragraph 3(c), that certain remaining Defendants in this action against which Plaintiff has claims are currently pending in bankruptcy. Accordingly, Plaintiff moves to transfer to the "Bankrupts Only" Docket his/her claims against the following Defendants:

A.C. and S., Inc. (Trust Claims)
Gasket Holding Inc.
Quigley Company, Inc.
T & N, PLC

Plaintiff further understands that it is Plaintiff's responsibility to submit a final dismissal order to this Court when all claims have been resolved.

| SUBMITTED BY: | | SO ORDERED | |
|---|---|---|---|
| | March 18, 2010 | | |
| /s/ Tiffany Dickenson | | | |
| Tiffany Dickenson | Date | Eduardo C. Robreno | Date |
| Baron & Budd, P.C. | | | |
| 3102 Oak Lawn Ave., Suite 1100 | | | |
| Dallas, Texas 75219-4281 | | | |