IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : CIVIL ACTION NO. MDL-875 <br> : Becnel 2:08-cv-84556-ER |

This Document Relates to:

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Becnel, Gayle, *et al.* <br><br> v. <br><br> Anco Insulations, Inc., *et al.* | : <br> : <br> : Civil Action No. 3:07-cv-315-FJP-DLD <br> : |

## MOTION FOR SUMMARY JUDGMENT

Northrop Grumman Ship Systems, Inc., formerly known as Avondale Industries, Inc. (n/k/a Northrop Grumman Shipbuilding, Inc.) ("Avondale"), moves for summary judgment dismissing plaintiffs' claims against it because, pursuant to F.R.C.P. 56, there are no genuine issues of material fact, Avondale is entitled to judgment as a matter of law and for the reasons more fully set forth in the attached memorandum.

Respectfully submitted,

*/s/ Edwin A. Ellinghausen, III*

BRIAN C. BOSSIER (#16818)
EDWIN A. ELLINGHAUSEN (#1347)
CHRISTOPHER T. GRACE, III (#26901)
BLUE WILLIAMS, L.L.P.
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002-3760
Telephone: (504) 831-4091
Facsimile: (504) 831-3055
Counsel for Northrop Grumman Ship Systems, Inc., formerly known as Avondale Industries, Inc. (n/k/a Northrop Grumman Shipbuilding, Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by facsimile, by email by placing copy of the same in the U.S. mail, postage pre-paid and properly addressed, this 29th day of November, 2010.

/s/ *Edwin A. Ellinghausen, III*
_____