IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | CIVIL ACTION NO. MDL-875<br>Becnel 2:08-cv-84556-ER |

---------------------------------------------------------------------------------

This Document Relates to:

---------------------------------------------------------------------------------

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Becnel, Gayle, *et al.* | : |
| v. | : Civil Action No. 3:07-cv-315-FJP-DLD |
| Anco Insulations, Inc., *et al.* | : |

---------------------------------------------------------------------------------

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Northrop Grumman Ship Systems, Inc., formerly known as Avondale Industries, Inc. (n/k/a Northrop Grumman Shipbuilding, Inc.) ("Avondale"), submits the following Statement of Uncontested Material Facts for the sole purpose of supporting, and in connection with, its Motion for Summary Judgment:

1. Avondale Shipyards, Inc. n/k/a Northrop Gunman Shipbuilding, Inc. is and has always been adjacent to the navigable waters of the United States of America. *See* Affidavit of Albert L. Bossier, Jr.

2. Avondale Shipyards, Inc., n/k/a Northrop Grumman Shipbuilding, Inc., is and has always been in the business of constructing and/or repairing marine vessels. *See* Affidavit of Albert L. Bossier, Jr.

3. While employed at Avondale, Carl Becnel, Sr.'s work was related to the construction and/or repair of marine vessels. *See*, Affidavit of Albert L. Bossier, Jr.

Respectfully Submitted:

*/s/ Edwin A. Ellinghausen, III*
_____
BRIAN C. BOSSIER (#16818)
EDWIN A. ELLINGHAUSEN (#1347)
CHRISTOPHER T. GRACE, III (#26901)
BLUE WILLIAMS, L.L.P.
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002-3760
Telephone: (504) 831-4091
Facsimile: (504) 831-3055
Counsel for Northrop Grumman Ship Systems, Inc., formerly known as Avondale Industries, Inc. (n/k/a Northrop Grumman Shipbuilding, Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by facsimile, by email by placing copy of the same in the U.S. mail, postage pre-paid and properly addressed, this 29th day of November, 2010.

*/s/ Edwin A. Ellinghausen, III*
_____