IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS : | |
| v. : | Transferred from Various Districts |
| CERTAIN DEFENDANTS : | |

FILED
JAN - 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this **3rd** day of **January, 2011**, it is hereby **ORDERED** that hearings on <u>all pending opposed motions</u>, including motions for summary judgment, in the cases listed in Exhibit "A", attached, will be held on **Tuesday, January 25th, 2011** at **10:00 a.m.** in Courtroom 11A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106. This Order supercedes the previously scheduled status conference in this case and provides for a protocol to be followed by Plaintiffs' counsel prior to this hearing.[1]

---

[1] However, if any of the listed cases have been referred to a Magistrate Judge, and is subject to a separate scheduling track, please inform the Court and the case will be removed from the list. The Magistrate Judges will be handling these cases in the context of the individual scheduling orders they have entered in individual cases or groups of cases referred to them.

Additionally, if any of these cases are subject to a scheduling order in which the time for dispositive motions has

It is further **ORDERED** that this conference constitutes the final pre-remand conference in each of these cases. Therefore, prior to the hearing date, Plaintiffs' counsel must inform the Court as to the status of the case, which must fall into one of the following three categories:

> **(1)** Case should be dismissed to the **"bankruptcy only"** docket, and a proposed order has been filed.
>
> **(2)** Case has been **settled**, and a proposed order has been filed.
>
> **(3)** The case complies with the factors set forth in Administrative Order 18,[2] and the case is ready to be remanded to the transferee court.

It is further **ORDERED** that if the case is ready to be remanded to the transferee court, Plaintiffs' counsel shall provide to the Court, prior to the hearing date, a list of all remaining viable defendants to be pursued at trial. The Court will dismiss all other viable defendants, and stay proceedings against bankrupt defendants.

---

not yet passed, please inform the Court and the case will be removed from the list.

[2] Administrative Order 18 is available at: http://www.paed.uscourts.gov/documents/MDL/MDL875/Administrative_Order_18.pdf.

It is further **ORDERED** that if there are no pending motions remaining in the case, and counsel informs the Court as to the status of the case prior to the date of the hearing, appearance at the hearing is excused. Failure to appear at the hearing without a prior status update may result in the dismissal of the case.

AND IT IS SO ORDERED.

EDUARDO C. ROBRENO, J.

Exhibit A

**Middle District of Georgia**

| | | | | | |
|---|---|---|---|---|---|
| 2:09-cv-69625-ER | JACK BRADSHAW | | 6/1/2009 | | GA-M |

**District of Arizona**

| | | | | | |
|---|---|---|---|---|---|
| 2:09-cv-62503-ER | LLOYD LEABO | | 2/9/2009 | | AZ |

**Eastern and Western District of Kentucky**

| | | | | | |
|---|---|---|---|---|---|
| 2:09-cv-79615-ER | PHILLIP STAMBAUGH | | 8/5/2009 | | KY-E |
| 2:09-cv-79615-ER | JUDITH STAMBAUGH | | 8/5/2009 | | KY-E |
| 2:09-cv-92216-ER | RONALD STAMBAUGH | | 11/12/2009 | | KY-E |
| 2:09-cv-92216-ER | RONALD STAMBAUGH | | 11/12/2009 | | KY-E |
| 2:09-cv-79864-ER | LUCILLE LOHDEN (EXE./EST.-IVAN) | | 8/5/2009 | | KY-W |

**Louisiana (all districts)**

| | | | | | |
|---|---|---|---|---|---|
| 2:07-cv-74055-ER | LENNIE COUVILLION | | 12/10/2007 | | LA-W |
| 2:07-cv-74120-ER | DANIEL JARRELL | | 12/10/2007 | | LA-W |
| 2:07-cv-74200-ER | BARRY NOWELL | | 12/20/2007 | | LA-W |
| 2:08-cv-90352-ER | THOMAS STEPHENS | | 10/22/2008 | | LA-W |
| 2:07-cv-73940-ER | JACKIE MCKLEROY | | 12/10/2007 | | LA-E |
| 2:07-cv-73955-ER | JACQUELINE RESMONDO | | 12/10/2007 | | LA-E |
| 2:07-cv-73981-ER | JOEY RESTER | | 12/10/2007 | | LA-E |
| 2:07-cv-73982-ER | JAMES BEASLEY | | 12/10/2007 | | LA-E |
| 2:07-cv-74005-ER | SHARON THOMAS | | 12/10/2007 | | LA-E |
| 2:07-cv-74005-ER | TERRY THOMAS | | 12/10/2007 | | LA-E |
| 2:07-cv-74005-ER | PAULA THOMAS | | 12/10/2007 | | LA-E |
| 2:07-cv-74006-ER | EDNA BOUDREAUX | | 12/10/2007 | | LA-E |
| 2:07-cv-74006-ER | EUGENE BOUDREAUX | | 12/10/2007 | | LA-E |
| 2:07-cv-74006-ER | PAMELA BOUDREAUX | | 12/10/2007 | | LA-E |
| 2:07-cv-74014-ER | DIANA SAM | | 12/10/2007 | | LA-E |
| 2:07-cv-74052-ER | JIM TAYLOR | | 12/10/2007 | | LA-E |
| 2:07-cv-74052-ER | GEORGIA TAYLOR | | 12/10/2007 | | LA-E |
| 2:07-cv-74192-ER | NOLAN FONTENOT | | 12/20/2007 | | LA-E |
| 2:07-cv-74192-ER | RUTH FONTENOT | | 12/20/2007 | | LA-E |
| 2:07-cv-74193-ER | CLYDE TYER | | 12/20/2007 | | LA-E |
| 2:08-cv-73900-ER | LEO FERGUSON | | 3/19/2008 | | LA-E |
| 2:07-cv-74170-ER | WILLIAM HAMMONS | | 12/10/2007 | | LA-M |
| 2:07-cv-74173-ER | CLETUS BREWER | | 12/10/2007 | | LA-M |
| 2:07-cv-74174-ER | TERESSA BELL | | 12/10/2007 | | LA-M |
| 2:08-cv-79793-ER | CHARLES DICKSON | | 5/20/2008 | | LA-M |
| 2:08-cv-84556-ER | GAIL BECNEL | | 7/18/2008 | | LA-M |
| 2:08-cv-87143-ER | LEATHA KLUKA | | 8/11/2008 | | LA-M |
| 2:08-cv-87144-ER | KEITH HORNBECK | | 8/11/2008 | | LA-M |

| | | | | | |
|---|---|---|---|---|---|
| 2:08-cv-87777-ER | MICHAEL HACKLER | | 8/22/2008 | | LA-M |
| 2:08-cv-87779-ER | MICHAEL HACKLER | | 8/22/2008 | | LA-M |
| 2:09-cv-80098-ER | EDWARD MCCRARY | | 8/19/2009 | | LA-M |
| 2:09-cv-92435-ER | CECILE ROBIN | | 12/1/2009 | | LA-M |

**District of Alaska**

| | | | | | |
|---|---|---|---|---|---|
| 2:09-cv-62186-ER | JACK ENDSLEY | | 2/9/2009 | | AK |
| 2:09-cv-62187-ER | ALBERT GOODMAN | | 2/9/2009 | | AK |
| 2:09-cv-62190-ER | DONALD VINES | | 2/9/2009 | | AK |
| 2:09-cv-62191-ER | J. ARSENAULT | | 2/9/2009 | | AK |

**Maryland**

| | | | | | |
|---|---|---|---|---|---|
| 2:07-cv-62177-ER | CHARLES NEUMAN | | 2/13/2007 | | MD |
| 2:07-cv-62177-ER | DORIS NEUMAN | | 2/13/2007 | | MD |
| 2:07-cv-62052-ER | ADA PYLES | | 2/13/2007 | | MD |
| 2:07-cv-62664-ER | HERBERT SLATER | | 2/13/2007 | | MD |
| 2:07-cv-62361-ER | HARRY STRAUSSER | | 2/13/2007 | | MD |
| 2:07-cv-62361-ER | ELEANOR STRAUSSER | | 2/13/2007 | | MD |
| 2:07-cv-62337-ER | PATRICIA TILL | | 2/13/2007 | | MD |
| 2:07-cv-62601-ER | GORDON WEAVER | | 2/13/2007 | | MD |
| 2:07-cv-62601-ER | ETHEL WEAVER | | 2/13/2007 | | MD |
| 2:07-cv-62123-ER | LUTHER KIGHT | | 2/13/2007 | | MD |
| 2:07-cv-62123-ER | DELSIE KIGHT | | 2/13/2007 | | MD |
| 2:07-cv-62843-ER | GALE WALKER | | 2/13/2007 | | MD |
| 2:07-cv-62526-ER | RICHARD BRIDGES | | 2/13/2007 | | MD |
| 2:07-cv-62581-ER | NATALIE CARTER | | 2/13/2007 | | MD |
| 2:07-cv-62557-ER | ROBERT CULLUM | | 2/13/2007 | | MD |
| 2:07-cv-62178-ER | ALAN DIAS | | 2/13/2007 | | MD |
| 2:07-cv-62053-ER | GILMORE HARRISON | | 2/13/2007 | | MD |
| 2:07-cv-62054-ER | CLYDE REEVES | | 2/13/2007 | | MD |

**CERTIFICATE OF SERVICE**

<u>**MAILED:**</u>

| | | |
|---|---|---|
| A. OWENS | GARY CONNELLY | LEE OGBURN |
| ALAN BERTEAU | GEORGE DOUB | LINDA HOPGOOD |
| ALAN LEGUM | GEORGE SHIPLEY | LISA AFRICK |
| ALICIA WHEELER | GEORGE WEBER | LISA WINTER |
| ANDREW DAVENPORT | GILBERT BUSBY | LOUIS COLEMAN |
| ANDREW GALA | GRETCHEN GENTRY | LOUIS GERTLER |
| ANN RITTER | HAL ROACH | LOUIS PLOTKIN |
| ANNETTE BOELHOUWER | HARRY FORST | LUCIEN GWIN |
| ANN-MARTHA ANDREWS | HENRY PARKS | LYNN LADNER |
| ANTHONY LUCIA | J. COLEMAN | M. HALLWIG |
| APRYL READY | J. KELLER | M. HILL |
| BENJAMIN DAVIS | JAMES CONDO | MALCOLM LINDLEY |
| BRETT WILLIAMS | JAMES DUKES | MARK SLOANE |
| BRIAN ENGERON | JAMES EGBERT | MELISSA GRAY |
| BRIAN HOLLAND | JAMES GARY | MEYER GERTLER |
| BRITT SINGLETARY | JAMES JOHNSON | MICHAEL CLAYTON |
| BROOKS BUCHANAN | JAMES NELSON | MICHAEL HAROLD |
| BURCE KUEHNLE | JAMES STREETMAN | MICHAEL MANN |
| BYRON MILLER | JANET MACDONELL | MORTON SACKS |
| C. BROWN | JANET MARSHALL | NEIL THOMSON |
| CALVIN FULKERSON | JEFFREY BROOKE | PATRICK ATTRIDGE |
| CAMERON WADDELL | JENNIFER ZAJAC | PATRICK HARKINS |
| CARL EDWARDS | JEREMY NORTH | PAUL CASSISA |
| CAROLYN FRANK | JILL LOSCH | PERRY SEKUS |
| CHADWICK MOLLERE | JIM BULLOCK | PETER ANGELOS |
| CHARLES ABBOTT | JO ANN LEA | R. CHURCH |
| CHARLES BILLINGSLE | JOAN ROHLF | R. HUDSON |
| CHARLES DELACRUZ | JOHN DOTSON | RAYMOND BROWN |
| CHARLES LOWTHER | JOHN GORDINIER | REBECCA MAY-RICKS |
| CHARLOTTE LIVINGSTON | JOHN GRIMLEY | REUBEN ANDERSON |
| CHRISTINA BELEW | JOHN MCCRACKEN | RICHARD EDMONSON |
| CHRISTOPHER SHAPLEY | JOHN MOORE | RICHARD JOINER |
| CODY HALL | JOHN WALTERS | ROBERT EWALD |
| DAN HENSLEY | JOHNNY SORENSON | ROBERT GUIDRY |
| DARRYL TSCHIRN | JONATHAN THAMES | ROBERT LYNOTT |
| DAVID ALBRIGHT | JOSEPH ALLEN | ROBERT MURPHY |
| DAVID BIENVENU | JOSEPH SELEP | ROBERT PRITCHARD |
| DAVID BUTTERFIEL | JULES LEBLANC | ROBERT RICHMOND |
| DAVID CLARK | KAREN SAWYER | ROBERT TAYLOR |
| DAVID FREDERICK | KARI FOSTER | ROBERT VINING |
| DAVID FULCHER | KAY BAXTER | RODNEY VINCENT |
| DEBORAH ROBINSON | KEITH ARNOLD | ROGER SUMRALL |
| DENNIS MANGANIELL | KENNETH BARRE | RONALD BROWN |
| DENNIS WHELLEY | KERMIT BARKER | ROSS BASS |
| DONALD BROWN | KEVIN GRAHAM | ROXANNE CASE |
| DONALD CLOCKSIN | KEVIN MCGUIRE | ROXANNE MCKENZIE |
| DONALD MERINGER | KEVIN MCNAUGHTON | S. MAHONEY |
| DOUGLAS PARKER | KEVIN WEBB | SARAH IIAMS |
| EDWIN GAULT | LARRY CROWN | SCOTT BATES |
| ELENA GUIDA | LAURA BLACK | SCOTT HUFFSTETLE |
| FAYE JAMES | LAWRENCE ABBOTT | SCOTT JOHNSON |
| FELIX BOWIE | LAWRENCE CETRULO | SHARON SLIFKO |
| FRED KRUTZ | LAWRENCE HOOPER | SHEILA CARMODY |
| GARDNER DUVALL | LEE BAYLIN | SHELBY KINKEAD |

## CERTIFICATE OF SERVICE

**_MAILED (CON'T):_**

| | | |
|---|---|---|
| SHERA VARNAU | THOMAS MCDONOUGH | WILLIAM AUTHER |
| SIDNEY LEECH | THOMAS NOSEWICZ | WILLIAM COUCH |
| STUART SCOTT | THOMAS PAGE | WILLIAM GEORGE |
| TARA MONTGOMERY | THOMAS WAMSLEY | WILLIAM GOODMAN |
| TERRENCE KNISTER | TODD SCHWARTZ | WILLIAM HARRISON |
| TERRENCE MCCAY | TOM ALTHAUS | WILLIAM KENEALY |
| THEODORE WHITE | TOMMIE WEATHERLY | WILLIAM PATTERSON |
| THOMAS BICKERS | TROY BELL | WILLIAM REED |
| THOMAS BLUM | VALERIE SERCOVICH | WILLIAM WILSON |
| THOMAS BUSBY | VICKY NEUMEYER | WILLIAM WOOD |
| THOMAS CROWE | WALTER COMEAUX | |

**_EMAILED:_**

| | | |
|---|---|---|
| ADAM DELONG | CRAIG BRASFIELD | J. SMITH |
| ADAM DEMAHY | DANIEL KRAUTH | J. WELCH |
| ADAM SHADBURNE | DAPHNE LANCASTER | JACK DODSON |
| ALBEN HOPKINS | DARREL PAPILLION | JACQUELINE ROMERO |
| ALEXANDER BICKET | DAVID BARFIELD | JACQUES DEGRUY |
| ALICE JOHNSTON | DAVID DOGAN | JAMES JONES |
| ALLISON BENOIT | DAVID HUGHES | JAMES SEEDORF |
| ALWYN LUCKEY | DAVID MARSHALL | JAMES ULWICK |
| ANDREW BAYMAN | DAVID NELSON | JAMES WATSON |
| ANDREW CANTOR | DAVID QUIGG | JANET RICE |
| ANDREW HARTMAN | DEBORAH KUCHLER | JANICE CULOTTA |
| ANDREW WEINSTOCK | DIANA JACOBS | JASON FORTENBERR |
| ANITA CATES | DONALD CAVE | JASON SHIPP |
| ANTONIO RODRIGUEZ | DOUGLAS KINLER | JEFFREY FULTZ |
| ARMAND VOLTA | DOUGLAS PFEIFFER | JEFFREY HUBBARD |
| ARTHUR STOUT | DOUGLAS REDFEARN | JENNIFER ADAMS |
| B. HAYS | EDWARD HOUFF | JENNIFER BURBINE |
| BARBARA ARRAS | EDWARD MIZELL | JENNIFER MORRIS |
| BARBARA BUBA | EDWARD PAUL | JENNIFER SIGLER |
| BARBARA ORMSBY | EDWARD WALTERS | JENNIFER TECHMAN |
| BARRYE MIYAGI | EDWIN ELLINGHAUS | JERALD ALBUM |
| BENJAMIN CUNNINGHAM | ELIA DIAZ-YAEGE | JESSICA BOSTON |
| BESSIE DEMOS | ERIN SHOFNER | JOHANNA MYERS |
| BLAINE MOORE | ERNEST FOUNDAS | JOHN BADEN |
| BRADY EDWARDS | EVE PRIETZ | JOHN BOLLES |
| BRIAN BLYTHE | F. LOKER | JOHN HAINKEL |
| BRIAN BOSSIER | FORREST WILKES | JOHN ISBISTER |
| BRIAN GROSS | FRANK LANKFORD | JOHN NAGLE |
| BRIAN ZEMIL | FRANKLIN BRANNEN | JOHN NIESET |
| CAREY VARNADO | GARY BEZET | JOHN ROBINSON |
| CAROL GALLOWAY | GARY LEE | JOHN SHERIDAN |
| CHARLES GIORDANO | GAYLA MONCLA | JOHN SWEENEY |
| CHARLES RILEY | GERRY TOSTANOSKI | JONI MANGINO |
| CHARLES SCHMIDT | GORDON WILSON | JOSEPH GUILLOT |
| CHRISTINE BRUNEAU | GREGG SPYRIDON | JULIE BAXTER |
| CHRISTOPHER ALFIERI | GREGORY ANDING | KAREN YOUNG |
| CHRISTOPHER COLLEY | HALIMA SMITH | KARL STEINBERGE |
| CHRISTOPHER GRACE | HAROLD HENDERSON | KATHERINE OSBORNE |
| CLARE MAISANO | HEATHER SAUM | KATHLEEN DREW |
| CORINA SALAZAR | HELLEN HARLSTON | KEITH TRUFFER |

CERTIFICATE OF SERVICE

**_EMAILED (CON'T):_**

| | | |
|---|---|---|
| KELLY BOGART | OLLIE HARTON | SCOTT DAVIDSON |
| KENNETH ROYER | PATRICK BUCHANAN | SHERI FAUST |
| KENNETH SALES | PATRICK COSTELLO | SILAS MCCHAREN |
| KEVIN MARRINAN | PATRICK PENDLEY | STEFAN BOURN |
| KIMBERLY MANGUM | PAUL DAY | STEPHANIE SKINNER |
| KRISTOPHER WILSON | PAUL HUGHES | STEPHEN FOWLER |
| LAURA HIGGS | PETER WOOLSON | STEPHEN GLUSMAN |
| LAURA KRAEMER | PHILIP BRICKMAN | STEVEN GRIFFIN |
| LAWRENCE DUPLASS | PHILIP KULINSKI | STEVEN PARROTT |
| LEE ANAND | RAHMAH ABDULALEEM | STEVEN SMITH |
| LOUIS GRENZER | REBECCA JUDE | SUSAN COCO |
| LYNN LUKER | RICHARD BINZLEY | SUSAN KOHN |
| MARC WEINGARTEN | RICHARD EDWARDS | THEODORE ROBERTS |
| MARCIA FINKELSTEI | RICHARD PERLES | THOMAS BERNIER |
| MARGARET JOFFE | RICHARD RADCLIFFE | THOMAS TYNER |
| MARY BIRK | RICHARD SULZER | THOMAS VAUGHN |
| MARY JOHNSON | ROBERT BARNABY | TIFFANY DICKENSON |
| MATTHEW GAYLE | ROBERT CUNNINGHAM | TIMOTHY BOUCH |
| MATTHEW ZAMALOFF | ROBERT DILLE | VIONNE DOUGLAS |
| MCGREADY RICHESON | ROBERT KLEIN | W. EDWARDS |
| MELISSA BORK | ROBERT MCELHONE | W. MCVEA |
| MICHAEL ABRAHAM | ROBERT URANN | WALTER DUKES |
| MICHAEL HUTCHINS | ROBERT WILKINSON | WALTER MORRISON |
| MICHAEL MILLS | ROBERT WILLIAMS | WILLIAM GRAHAM |
| MICHAEL WHITEHEAD | RONALD PERESICH | WILLIAM HARVARD |
| MICHAEL ZUKOWSKI | RONALD RICHARDSON | WILLIAM MINKIN |
| MICHELE CROSBY | ROY WILLIAMS | WILLIAM REEVES |
| MICHELLE NOORANI | SAMUEL ROSAMOND | WILTON BLAND |
| NATHANIEL DUDLEY | SAMUEL TARRY | |
| NORMAN SULLIVAN | SCOTT BICKFORD | |