IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : Consolidated Under MDL DOCKET NO. 875

CERTAIN PLAINTIFFS

v.

CERTAIN DEFENDANTS : Transferred from Various Districts

FILED
JAN 25 2011
MICHAEL E. KUNZ, Clerk
By_______ Dep. Clerk

**O R D E R**

**AND NOW**, this **21st** day of **January, 2011**, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment, in the cases listed in "Exhibit A" attached, are **GRANTED**.[1]

---

[1] Plaintiffs have not opposed Defendants' motions for summary judgment within the time limit contained in the Court's scheduling orders. As provided under local rules, the Court must independently determine that the moving party is entitled to judgment as a matter of law. (See Loc. R. Civ. P. 7.1(c)).

When evaluating a motion for summary judgment, Federal Rule of Civil Procedure 56 provides that the Court must grant judgment in favor of the moving party when "the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact . . . ." Fed. R. Civ. P. 56(c)(2). A fact is "material" if its existence or non-existence would affect the outcome of the suit under governing law. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986). An issue of fact is "genuine" when there is sufficient evidence from which a reasonable jury could find in favor of the non-moving party regarding the existence of that fact. Id. at 248-49. "In considering the evidence the court should draw all reasonable inferences against the moving party." El v. SEPTA, 479 F.3d 232, 238 (3d Cir. 2007).

"Although the initial burden is on the summary judgment movant to show the absence of a genuine issue of material fact, 'the burden on the moving party may be discharged by showing – that is, pointing out to the district court – that there is an

**IT IS FURTHER ORDERED** that judgment shall be entered in favor of only the Defendants listed in the cases in "Exhibit A" attached.[2]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

absence of evidence to support the nonmoving party's case' when the nonmoving party bears the ultimate burden of proof." Conoshenti v. Pub. Serv. Elec. & Gas Co., 364 F.3d 135, 140 (3d Cir. 2004) (quoting Singletary v. Pa. Dep't of Corr., 266 F.3d 186, 192 n.2 (3d Cir. 2001)). Once the moving party has discharged its burden, the nonmoving party "may not rely merely on allegations or denials in its own pleading; rather, its response must - by affidavits or as otherwise provided in [Rule 56] - set out specific facts showing a genuine issue for trial." Fed. R. Civ. P. 56(e)(2).

Based on the uncontested evidence presented by Defendants, this Court concludes that Defendants are entitled to judgment as a matter of law.

[2]This Order does not apply to the motions that are blacked out on "Exhibit A."

Exhibit A

MDL 875 Pending Motions

1/4/2011

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | KY-E | [illegible] | Stambaugh, et al v. Owens-Corning Fiberglas Corp., et al | Allied-Signal, Inc. | Dismiss | 7/30/2010 | 15 | 9/3/2010 | | Opposed | 8/12/2010 | 1/25/2011 |
| 09-79615 | KY-E | - | Stambaugh et al v. Owens-Corning Fiberglas Corporation et al | Borg-Warner Corporation | Summary Judgment | 11/10/2010 | 25 | 12/15/2010 | | Unopposed | | |
| 09-79615 | KY-E | - | Stambaugh et al v. Owens-Corning Fiberglas Corporation et al | Allied-Signal, Inc. | Summary Judgment | 11/23/2010 | 26 | 12/28/2010 | | Unopposed | 12/3/2010 | 1/25/2011 |
| 09-79615 | KY-E | - | Stambaugh et al v. Owens-Corning Fiberglas Corporation et al | Lear Sieglar, Inc. | Summary Judgment | 11/24/2010 | 27 | 12/29/2010 | | Unopposed | 12/3/2010 | 1/25/2011 |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-79864 | KY-W | - | Lohden v. AlliedSignal, Inc. et al | Allied-Signal, Inc. | Summary Judgment | 11/23/2010 | 21 | 12/28/2010 | | Unopposed | | |
| [illegible] | KY-W | | Roberts et al v. Keene Building Products Corp. et al | Andrew L. Robertsw | Extension of Time to File | 8/2/2010 | 10 | 9/6/2010 | | Unopposed | | |
| 09-79867 | KY-W | - | Enix v. Armstrong World Industries, Inc. et al | Freddy B. Enix | Extension of Time to File | 8/2/2010 | 10 | 9/6/2010 | | Unopposed | | |
| 09-79892 | KY-W | - | Whittington et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 42 | 1/21/2011 | | | | |
| 09-79893 | KY-W | - | Holbrook et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 37 | 1/21/2011 | | | | |
| 09-79898 | KY-W | - | Graves et al v. Owens-Corning Fiberglas Corporation et al | Cardinal Industrial Insulation., Inc. | Extension of Time to File | 8/31/2010 | 20 | 10/5/2010 | | Unopposed | | |
| 09-79898 | KY-W | - | Graves et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 35 | 1/21/2011 | | | | |
| 09-79899 | KY-W | | Metskert et al v. Owens-Corning Fiberglas Corporation et al | Cardinal Industrial Insulation Co., Inc. | Extension of Time to File | 8/31/2010 | 21 | 10/5/2010 | | Unopposed | | |
| 09-79899 | KY-W | - | Metsker et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 36 | 1/21/2011 | | | | |
| 09-79903 | KY-W | - | Schultz v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 34 | 1/21/2011 | | | | |
| 09-79904 | KY-W | - | Beaton et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 33 | 1/21/2011 | | | | |
| 09-79905 | KY-W | - | Foree et al v. Owens-Corning Fiberglas Corporation et al | Cardinal Industrial Insulation., Inc. | Extension of Time to File | 8/31/2010 | 21 | 10/5/2010 | | Unopposed | | |
| 09-79905 | KY-W | - | Foree et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 34 | 1/21/2011 | | | | |
| 09-79906 | KY-W | - | Hall, et al. v. Owens-Corning Fiberglas Corp., et al | General Electric Co. | Dismiss | 7/13/2010 | 13 | 8/17/2010 | | Opposed | 8/4/2010 | 11/17/2010 |
| 09-79906 | KY-W | - | Hall et al v. Owens-Corning Fiberglas Corporation et al | Cardinal Industrial Insulation., Inc. | Extension of Time to File | 8/31/2010 | 21 | 10/5/2010 | | Unopposed | | |
| 09-79906 | KY-W | - | Hall et al v. Owens-Corning Fiberglas Corporation et al | Owens-Illinois, Inc. | Summary Judgment | 10/15/2010 | 26 | 11/19/2010 | | Opposed | 11/15/2010 | 11/17/2010 |
| 09-79906 | KY-W | - | Hall et al v. Owens-Corning Fiberglas Corporation et al | General Electric Company | Summary Judgment | 10/15/2010 | 27 | 11/19/2010 | | Opposed | 11/15/2010 | 11/17/2010 |
| 09-79906 | KY-W | - | Hall et al v. Owens-Corning Fiberglas Corporation et al | Cardinal Industrial Insulation Co., Inc. | Summary Judgment | 10/15/2010 | 28 | 11/19/2010 | | Opposed | 11/15/2010 | 11/17/2010 |
| 09-79906 | KY-W | - | Hall et al v. Owens-Corning Fiberglas Corporation et al | Marjorie Hall, Raymond Hall | Place in Suspense | 11/12/2010 | 34 | 12/17/2010 | | Unopposed | | |
| 09-79906 | KY-W | - | Hall et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 38 | 1/21/2011 | | | | |
| 09-79907 | KY-W | - | Vincent et al v. Owens-Corning Fiberglas Corporation et al | Thelma Mae Vincent | Hold in Abeyance | 8/31/2010 | 25 | 10/5/2010 | | Unopposed | | |
| 09-79907 | KY-W | - | Vincent et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 32 | 1/21/2011 | | | | |

MDL 875 Pending Motions

1/4/2011

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-79908 | KY-W | - | Wolf, Sr. et al v. Owens-Corning Fiberglas Corporation et al | Cardinal Industrial Insulation, Inc. | Extension of Time to File | 8/31/2010 | 20 | 10/5/2010 | | Unopposed | | |
| 09-79908 | KY-W | - | Wolf, Sr. et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 32 | 1/21/2011 | | | | |
| 09-79909 | KY-W | - | Schuler et al v. Owens-Corning Fiberglas Corporation et al | Cardinal Industrial Insulation, Inc. | Extension of Time to File | 8/31/2010 | 12 | 10/5/2010 | | Unopposed | | |
| 09-79910 | KY-W | - | Pearson et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 34 | 1/21/2011 | | | | |
| 09-79911 | KY-W | - | Downs et al v. Owens-Corning Fiberglas Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 31 | 1/21/2011 | | | | |
| 09-79917 | KY-W | - | Jacobs v. Daimler Chrysler Corporation et al | Westinghouse Electric Corporation | Summary Judgment | 12/17/2010 | 37 | 1/21/2011 | | | | |
| 09-79918 | KY-W | - | Smith v. Aventis Cropscience USA, Inc et al | Georgia-Pacific Corporation | Extension of Time to File | 10/15/2010 | 29 | 11/19/2010 | | Unopposed | | |
| 09-79918 | KY-W | - | Smith v. Aventis Cropscience USA, Inc et al | Viacom Inc. | Extension of Time to File | 10/29/2010 | 31 | 12/3/2010 | | Unopposed | | |
| 09-79918 | KY-W | - | Smith v. Aventis Cropscience Usa, Inc et al | Viacom Inc. | Summary Judgment | 12/17/2010 | 37 | 1/21/2011 | | | | |
| 09-79924 | KY-W | - | Whittaker v. Combustion Engineering, Inc. et al | Howard & Ara Whittaker | Extension of Time to File | 8/2/2010 | 9 | 9/6/2010 | | Unopposed | | |
| 09-79925 | KY-W | - | Gritton v. H.K. Porter Co., Inc. et al | Edwin Gritton | Extension of Time to File | 8/2/2010 | 9 | 9/6/2010 | | Unopposed | | |
| 09-80007 | KY-W | - | Detie te al v. Owens-Corning Fiberglas Corporation et al | Helen Detie Melvyn Detie | Withdraw as Attorney | 9/30/2010 | 25 | 11/4/2010 | | Opposed | 10/4/2010 | 11/16/2010 |
| 09-80007 | KY-W | - | Detie et al v. Owens-Corning Fiberglas Corporation et al | Owens-Illinois, Inc. | Summary Judgment | 10/15/2010 | 29 | 11/19/2010 | | Unopposed | | |
| 09-80007 | KY-W | - | Detie et al v. Owens-Corning Fiberglas Corporation et al | A.W. Chesterton Company | Summary Judgment | 10/15/2010 | 30 | 11/19/2010 | | Unopposed | | |
| 09-80007 | KY-W | - | Detie et al v. Owens-Corning Fiberglas Corporation et al | Georgia Pacific Corporation | Extension of Time to File | 10/15/2010 | 31 | 11/19/2010 | | Unopposed | | |
| 09-80007 | KY-W | - | Detie et al v. Owens-Corning Fiberglas Corporation et al | Georgia Pacific Corporation | Summary Judgment | 10/29/2010 | 32 | 12/3/2010 | | Unopposed | | |
| 09-80007 | KY-W | - | Detie et al v. Owens-Corning Fiberglas Corporation et al | Melvyn Detie | Extension of Time to File Response/Repl | 10/29/2010 | 33 | 12/3/2010 | | Unopposed | | |
| 09-80007 | KY-W | - | Detie v. Owens-Corning Fiberglas Corporation et al | Allied-Signal, Inc. | Summary Judgment | 11/23/2010 | 36 | 12/28/2010 | | Unopposed | | |
| 09-80013 | KY-W | - | Holland et al v. Union Carbide Corporation et al | Union Carbide Corporation | Extension of Time to File | 9/7/2010 | 14 | 10/12/2010 | | Unopposed | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-74052 | LA-E | - | Taylor et al v. Anco Insulations Inc et al | General Electric Company | Summary Judgment | 10/13/2010 | 25 | 11/17/2010 | | Unopposed | | |
| 07-74052 | LA-E | - | Taylor et al v. Anco Insulations Inc et al | Viacom, Inc. | Summary Judgment | 10/13/2010 | 26 | 11/17/2010 | | Unopposed | | |
| 07-74052 | LA-E | - | Taylor et al v. Anco Insulations Inc et al | Georgia M. Taylor Jim Taylor | Dismiss | 10/28/2010 | 27 | 12/2/2010 | | Unopposed | | |
| 07-74052 | LA-E | - | Taylor et al v. Anco Insulations Inc et al | Gouls Pumps, Incorporated | Summary Judgment | 11/19/2010 | 30 | 12/24/2010 | | Unopposed | | |
| 07-74052 | LA-E | - | Taylor et al v. Anco Insulations Inc et al | Georgia Pacific Corporation | Summary Judgment | 11/24/2010 | 31 | 12/29/2010 | | Unopposed | | |
| 07-74052 | LA-E | - | Taylor et al v. Anco Insulations Inc et al | Goulds Pumps, Incorporated | Summary Judgment | 11/24/2010 | 32 | 12/29/2010 | | Unopposed | | |
| 07-74052 | LA-E | - | Taylor et al v. Anco Insulations Inc et al | McCarty Corporation | Summary Judgment | 11/24/2010 | 33 | 12/29/2010 | | Unopposed | | |
| 07-74052 | LA-E | - | Taylor et al v. Anco Insulations Inc et al | Crane Company, Inc. | Summary Judgment | 11/29/2010 | 34 | 1/3/2011 | | Unopposed | | |
| 07-74192 | LA-E | - | Fontenot v. Chevron USA Inc., et al | Nolan Fontenot | Remand | 2/19/2008 | 4 | 3/25/2008 | 4/3/2008 4/9/2008 | Opposed | 4/2/2008 4/9/2008 | 1/25/2011 |
| 07-74192 | LA-E | | Fontenot v. Chevron USA Inc et al | Exxon Mobil Corporation | Dismiss | 11/24/2010 | 26 | 12/29/2010 | | Unopposed | | |
| 09-65681 | LA-E | MFA | McDonald, et al. v. Buck Kreihs Company, Inc., et al. | SSA Gulf Terminals, Inc. | Summary Judgment | 7/7/2009 | 17 | 8/11/2009 | | Opposed | 7/20/2009 | |
| 09-65681 | LA-E | MFA | McDonald, et al. v. Buck Kreihs Company, Inc., et al. | Hartford Accident & Indemnity Co. | Summary Judgment | 7/7/2009 | 18 | 8/11/2009 | | Opposed | 7/20/2009 | |
| 09-65681 | LA-E | MFA | McDonald, et al. v. Buck Kreihs Company, Inc., et al. | South African Marine Corporation, LTD | Summary Judgment | 9/13/2010 | 62 | 10/18/2010 | | Opposed | 10/13/2010 | |
| 09-65681 | LA-E | MFA | McDonald, et al. v. Buck Kreihs Company, Inc., et al. | Dixie Machine Welding & Metal Works, Inc. | Summary Judgment | 9/13/2010 | 63 | 10/18/2010 | | Unopposed | | |
| 09-65681 | LA-E | MFA | McDonald, et al. v. Buck Kreihs Company, Inc., et al. | Industrial Development Corporation of South Africa, LTD | Summary Judgment | 9/13/2010 | 66 | 10/18/2010 | | Opposed | 10/13/2010 | |
| 09-65681 | LA-E | MFA | McDonald et al v. Buck Kreihs Company, Inc. et al | South African Marine Corporation, LTD | Substitute Attorney | 9/16/2010 | 68 | 10/21/2010 | | Unopposed | | |
| 09-65681 | LA-E | MFA | McDonald et al v. Buck Kreihs Company, Inc. et al | Amdura Corporation | Summary Judgment | 9/28/2010 | 70 | 11/2/2010 | | Unopposed | | |
| 09-65681 | LA-E | MFA | McDonald et al v. Buck Kreihs Company, Inc. et al | Walter McDonald | in Limine | 10/13/2010 | 72 | 11/17/2010 | | Opposed | 11/12/2010 | |
| 09-65681 | LA-E | MFA | McDonald et al v. Buck Kreihs Company, Inc. et al | SSA Gulf Terminals, Inc. | in Limine | 10/13/2010 | 76 | 11/17/2010 | | Opposed | 11/12/2010 | |
| 09-65681 | LA-E | MFA | McDonald et al v. Buck Kreihs Company, Inc. et al | SSA Gulf Terminals, Inc. | in Limine | 10/13/2010 | 77 | 11/17/2010 | | Opposed | 11/12/2010 | |
| 09-65681 | LA-E | MFA | Mcdonald et al v. Buck Kreihs Company, Inc. et al | Hartford Accident & Indemnity Co. | Dismiss | 12/16/2010 | 93 | 1/20/2011 | | | | |
| 09-65682 | LA-E | MFA | Wren v. Cooper/T.Smith Stevedoring, Inc. et al | Cooper/T.Smith Stevedoring Company, Inc. | Summary Judgment | 6/18/2009 | 13 | 7/23/2009 | | Opposed | 7/20/2009 | |
| 09-65682 | LA-E | MFA | Wren v. Cooper/T. Smith Stevedoring, Inc., et al | SSA Gulf Terminals, Inc. | Summary Judgment | 7/7/2009 | 20 | 8/11/2009 | | Opposed | 7/20/2009 | |
| 09-65682 | LA-E | MFA | Wren v. Cooper/T. Smith Stevedoring, Inc., et al | British Law Ins Co, Certain Underwriters at Lloyds, London, Economic Ins Co Ltd, Edinburgh Assurance Co, Fine Art & General Ins Co Ltd, Hartford Accident & Indemnity Co, Nat'l Provincial Ins Co Ltd | Summary Judgment | 7/7/2009 | 21 | 8/11/2009 | | Opposed | 7/20/2009 | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-74170 | LA-M | ETH | Hammons, et al. v. AMEC Construction Management, Inc., et al. | William D. Hammons | Leave to File | 2/24/2010 | 7 | 3/31/2010 | | Unopposed | | |
| 07-74170 | LA-M | ETH | Hammons et al v. Amec Construction Management Inc. et al | Celanese Corporation | Dismiss | 12/10/2010 | 28 | 1/14/2011 | | | | |
| 07-74174 | LA-M | - | Bell v. Rowan Companies, Inc., et al. | Teresa Bell | Remand | 2/19/2008 | 4 | 3/25/2008 | 4/16/2008 | Opposed | 4/3/2008<br>4/7/2008<br>4/9/2008<br>4/15/2008 | 1/25/2011 |
| 08-84556 | LA-M | - | Becnel, et al. v. Anco Insulations, Inc., et al | American Motorists Insurance Company | Summary Judgment | 3/26/2010 | 15 | 4/20/2010 | | Opposed | 4/23/2010 | 1/25/2011 |
| 08-84556 | LA-M | - | Becnel, et al. v. Anco Insulations, Inc., et al | American Motorists Insurance Company | Summary Judgment | 3/26/2010 | 17 | 4/30/2010 | | Opposed | 4/23/2010 | 1/25/2011 |
| 08-84556 | LA-M | - | Becnel et al v. Anco Insulations, Inc. et al | Viacom, Inc. | Summary Judgment | 10/13/2010 | 37 | 11/17/2010 | | Unopposed | | |
| [illegible] | | | [illegible] Inc. et al | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | |
| 08-84556 | LA-M | - | Becnel et al v. Anco Insulations, Inc. et al | McCarty Corporation | Summary Judgment | 11/24/2010 | 39 | 12/29/2010 | | Unopposed | | |
| 08-84556 | LA-M | - | Becnel et al v. Anco Insulations, Inc. et al | Northrop Grumman Ship Systems, Inc. | Summary Judgment | 11/29/2010 | 40 | 1/3/2011 | | Unopposed | | |
| 08-84556 | LA-M | - | Becnel et al v. Anco Insulations, Inc. et al | Anco Insulations, Inc. | Dismiss | 12/10/2010 | 41 | 1/14/2011 | | Unopp | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. | General Electric Co. | Summary Judgment | 10/13/2010 | 45 | 11/17/2010 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. | Georgia-Pacific Consumer Products, LP | Summary Judgment | 10/13/2010 | 46 | 11/17/2010 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. | Tin, Inc. | Summary Judgment | 11/22/2010 | 51 | 12/27/2010 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. | Ingersoll-Rand Co. | Summary Judgment | 11/23/2010 | 52 | 12/28/2010 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. | Certainteed Corp. | Summary Judgment | 11/24/2010 | 53 | 12/29/2010 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. | Riley Power, Inc. | Summary Judgment | 11/24/2010 | 54 | 12/29/2010 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. | Asten Johnston, Inc. | Summary Judgment | 11/24/2010 | 55 | 12/29/2010 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. | The McCarty Corp. | Summary Judgment | 11/24/2010 | 56 | 12/29/2010 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Crane Company, Inc. | Summary Judgment | 11/29/2010 | 57 | 1/3/2011 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Bayer Cropscience, Inc. | Summary Judgment | 11/29/2010 | 58 | 1/3/2011 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Exxon Mobil Corporation | Summary Judgment | 11/29/2010 | 59 | 1/3/2011 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Mosaic Fertilizer, LLC | Summary Judgment | 11/29/2010 | 60 | 1/3/2011 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Shell Chemical, LP | Summary Judgment | 11/29/2010 | 61 | 1/3/2011 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Graphic Packaging International, Inc. | Summary Judgment | 11/29/2010 | 62 | 1/3/2011 | | Unopposed | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Olin Corporation | Summary Judgment | 11/30/2010 | 63 | 1/4/2011 | | Unopp | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Georgia-Pacific Corporation | Summary Judgment | 11/30/2010 | 64 | 1/4/2011 | | Un opp | | |
| 08-87143 | LA-M | - | Kluka v. Northrop Grumman Ship Systems, Inc. et al | Anco Insulations, Inc. | Dismiss | 12/10/2010 | 65 | 1/14/2011 | | Unopp | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| 09-92435 | LA-M | - | Robin et al v. American Motoring Insurance Company et al | Alvin G. Robin Cecile M. Robin Michael G. Robin | Dismiss | 11/23/2010 | 15 | 12/28/2010 | | Unopposed | | |
| 09-92435 | LA-M | - | Robin et al v. American Motoring Insurance Company et al | American Motorist Insurance Company | Summary Judgment | 11/23/2010 | 16 | 12/28/2010 | | Unopposed | | |
| 09-92435 | LA-M | - | Robin et al v. American Motoring Insurance Company et al | The McCarty Corp. | Summary Judgment | 11/24/2010 | 17 | 12/29/2010 | | Unopposed | | |
| 09-92435 | LA-M | - | Robin et al v. American Motoring Insurance Company et al | Eagle, Inc. | Summary Judgment | 11/24/2010 | 18 | 12/29/2010 | | Unopposed | | |
| 09-92435 | LA-M | - | Robin et al v. American Motorist Insurance Company et al | Northrop Grumman Ship Systems, Inc. | Summary Judgment | 11/29/2010 | 19 | 1/3/2011 | | Unopposed | | |
| [illegible] | LA-M | [illegible] | [illegible] Copolymer, Inc [illegible] | Joseph Ardoin | Dismiss | 12/21/2010 | 27 | 1/25/2011 | | | | |