Exhibit A (continued)

MDL 875 Pending Motions

1/24/2011

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Summary | | | | | | | |
| 07-60566 | SC | MFA | Matthews v. Owens-Corning Fiberglas Corporation et al | Georgia Pacific Corp. | Summary Judgment | 10/22/2010 | 9 | 11/26/2010 | | Unopposed | | |
| | | | | | | | | | | | | |
| 07-60716 | SC | MFA | Wyndham v. Owens-Corning Fiberglas Corporation et al | Amchem Products Inc. | Summary Judgment | 10/18/2010 | 12 | 11/22/2010 | | Unopposed | | |
| 07-60716 | SC | MFA | Wyndham v. Owens-Corning Fiberglas Corporation et al | Certainteed Corporation | Summary Judgment | 10/19/2010 | 13 | 11/23/2010 | | Unopposed | | |
| 07-60732 | SC | MFA | Brown et al v. Owens-Corning Fiberglas Corporation et al | Certainteed Corporation | Summary Judgment | 10/19/2010 | 10 | 11/23/2010 | | Unopposed | | |
| 07-60777 | SC | MFA | Shaw v. Owens-Corning Fiberglas Corporation et al | Abex Corp. | Summary Judgment | 10/21/2010 | 11 | 11/25/2010 | | Unopposed | | |
| 07-60777 | SC | MFA | Shaw v. Owens-Corning Fiberglas Corporation et al | Borg-Warner Corporation | Summary Judgment | 10/25/2010 | 12 | 11/29/2010 | | Unopposed | | |
| 07-60925 | SC | MFA | Blanks et al v. Pittsburgh Corning Corporation et al | Daniel International Corporation Fluor Daniel Services Corporation | Summary Judgment | 10/25/2010 | 30 | 11/29/2010 | | Unopposed | | |
| 07-60925 | SC | MFA | Blanks et al v. Pittsburgh Corning Corporation et al | Bayer Cropscience, Inc. Sterling Fluid Systems (USA) LLC | Summary Judgment | 10/25/2010 | 31 | 11/29/2010 | | Unopposed | | |
| 07-60925 | SC | MFA | Blanks et al v. Pittsburgh Corning Corporation et al | Fluor Daniel, Inc. | Summary Judgment | 10/25/2010 | 32 | 11/29/2010 | | Unopposed | | |
| 07-60925 | SC | MFA | Blanks et al v. Pittsburgh Corning Corporation et al | Goulds Pump, Incorporated | Summary Judgment | 10/25/2010 | 34 | 11/29/2010 | | Unopposed | | |
| 07-61017 | SC | MFA | Thompkins et al v. Owens-Corning Fiberglas Corporation et al | Amchem Products Inc. | Summary Judgment | 10/18/2010 | 16 | 11/22/2010 | | Unopposed | | |
| 07-61030 | SC | MFA | Rabon et al v. Owens-Corning Fiberglas Corporation et al | Amchem Products Inc. | Summary Judgment | 10/18/2010 | 8 | 11/22/2010 | | Unopposed | | |
| 07-61035 | SC | MFA | Fulton et al v. Owens-Corning Fiberglas Corporation et al | Amchem Products Inc. | Summary Judgment | 10/18/2010 | 13 | 11/22/2010 | | Unopposed | | |
| 07-61069 | SC | MFA | Sweatman v. Owens-Corning Fiberglas Corporation et al | Amchem Products Inc. | Summary Judgment | 10/18/2010 | 8 | 11/22/2010 | | Unopposed | | |
| 07-61110 | SC | MFA | Pearce v. Owens-Corning Fiberglas Corporation et al | Amchem Products Inc. | Summary Judgment | 10/18/2010 | 9 | 11/22/2010 | | Unopposed | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 07-61130 | SC | MFA | Anderson v. ACAndS Inc et al | Amchem Products Inc. | Summary Judgment | 10/18/2010 | 9 | 11/22/2010 | | Unopposed | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-61131 | SC | MFA | Coker et al v. ACandS Inc et al | Amchem Products Inc. Union Carbide Corporation | Summary Judgment | 10/25/2010 | 12 | 11/29/2010 | | Unopposed | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 07-61149 | SC | MFA | Collins v. Uniroyal Inc et al | Pnuemo Abex Corporation | Summary Judgment | 10/21/2010 | 17 | 11/25/2010 | | Unopposed | | |
| 07-61149 | SC | MFA | Collins v. Uniroyal Inc et al | Lear Siegler Inc | Summary Judgment | 10/21/2010 | 18 | 11/25/2010 | | Unopposed | | |
| 07-61149 | SC | MFA | Collins v. Uniroyal Inc et al | Honeywell International Incorporated | Summary Judgment | 10/22/2010 | 20 | 11/26/2010 | | Unopposed | | |
| 07-61149 | SC | MFA | Collins v. Uniroyal Inc et al | Ford Motor Company | Summary Judgment | 10/25/2010 | 21 | 11/29/2010 | | Unopposed | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 07-61167 | SC | MFA | Canady et al v. Owens-Illinois Inc et al | Aventis-Cropscience USA, Inc. Certainteed Corporation Dana Corporation Union Carbide Corporation | Summary Judgment | 10/22/2010 | 12 | 11/26/2010 | | Unopposed | | |
| 07-61169 | SC | MFA | McClanahan et al v. Owens-Illinois Inc et al | Aventis Cropscience USA Inc. Certainteed Corporation Dana Corporation Union Carbide Corporation | Summary Judgment | 10/25/2010 | 15 | 11/29/2010 | | Unopposed | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 07-61173 | SC | MFA | Wenningham v. Owens-Illinois Inc. et al | Aventis Cropscience USA Inc. | Summary Judgment | 10/18/2010 | 8 | 11/22/2010 | | Unopposed | | |
| 07-61173 | SC | MFA | Wenningham v. Owens-Illinois Inc. et al | Certainteed Corporation | Summary Judgment | 10/19/2010 | 9 | 11/23/2010 | | Unopposed | | |
| 07-61173 | SC | MFA | Wenningham v. Owens-Illinois Inc. et al | Union Carbide Corporation | Summary Judgment | 10/19/2010 | 10 | 11/23/2010 | | Unopposed | | |
| 07-61174 | SC | MFA | Small et al v. Owens-Illinois Inc et al | Daniel Construction Company Daniel International Corporation Fluor Daniel Services Corporation | Summary Judgment | 10/25/2010 | 24 | 11/29/2010 | | Unopposed | | |
| 07-61174 | SC | MFA | Small et al v. Owens-Illinois Inc et al | Dana Corporation | Summary Judgment | 10/25/2010 | 25 | 11/29/2010 | | Unopposed | | |
| 07-61176 | SC | MFA | Haney et al v. Aventis Cropscience USA Inc et al | Aventis Cropscience USA Inc. Certainteed Corporation Dana Corporation Union Carbide Chemicals | Summary Judgment | 10/25/2010 | 9 | 11/29/2010 | | Unopposed | | |
| 07-61177 | SC | MFA | Wicaks, Jr. et al v. Owens-Illinois Inc et al | Aventis Cropscience USA Inc. Certainteed Corporation Dana Corporation Union Carbide Corporation | Summary Judgment | 10/25/2010 | 14 | 11/29/2010 | | Unopposed | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-61179 | SC | MFA | Stith v. Owens-Illinois Inc et al | Union Carbide Corporation | Summary Judgment | 10/19/2010 | 14 | 11/23/2010 | | Unopposed | | |
| 07-61181 | SC | MFA | Webber et al v. Owens Illinois et al | Nexen Group Inc | Summary Judgment | 10/25/2010 | 23 | 11/29/2010 | | Unopposed | | |
| 07-61181 | SC | MFA | Webber et al v. Owens Illinois et al | Aventis Cropscience USA Inc Certainteed Corporation Dana Corporation | Summary Judgment | 10/25/2010 | 24 | 11/29/2010 | | Unopposed | | |
| 07-61181 | SC | MFA | Webber et al v. Owens Illinois et al | Cleaver Brooks Company Inc | Summary Judgment | 10/26/2010 | 25 | 11/30/2010 | | Unopposed | | |
| 07-61182 | SC | MFA | Baker, Sr. et al v. Owens-Illinois Inc et al | Georgia Pacific Corporation | Summary Judgment | 10/22/2010 | 10 | 11/26/2010 | | Unopposed | | |
| 07-61182 | SC | MFA | Baker Sr et al v. Owens-Illinois Inc et al | Daniel International Corporation Fluor Daniel Services Corporation | Summary Judgment | 10/25/2010 | 11 | 11/29/2010 | | Unopposed | | |
| 07-61182 | SC | MFA | Baker Sr et al v. Owens-Illinois Inc et al | Aventis Cropscience USA Inc Dana Corporation Union Carbide Corporation | Summary Judgment | 10/25/2010 | 12 | 11/29/2010 | | Unopposed | | |
| 07-61182 | SC | MFA | Baker Sr et al v. Owens-Illinois Inc et al | Fluor Daniel Inc | Summary Judgment | 10/25/2010 | 13 | 11/29/2010 | | Unopposed | | |
| 07-61183 | SC | MFA | Chandler, Sr., et al. v. Owens-Illinois, Inc., et al. | National Service Industries, Inc. | Leave to File | 5/21/2010 | 12 | 6/25/2010 | | Unopposed | | |
| 07-61189 | SC | MFA | Dickerson v. Aventis Cropscience USA Inc. et al | Borg-Warner Corporation | Summary Judgment | 10/25/2010 | 18 | 11/29/2010 | | Unopposed | | |
| 07-61191 | SC | MFA | Smith et al v. Aventis Cropscience USA Inc et al | Lear Siegler Inc | Summary Judgment | 10/21/2010 | 24 | 11/25/2010 | | Unopposed | | |
| 07-61191 | SC | MFA | Smith et al v. Aventis Cropscience USA Inc et al | Georgia Pacific Corp. | Summary Judgment | 10/22/2010 | 25 | 11/26/2010 | | Unopposed | | |
| 07-61191 | SC | MFA | Smith et al v. Aventis Cropscience USA Inc et al | Aventis Cropscience USA Inc. Certainteed Corporation Dana Corporation Union Carbide Corporation | Summary Judgment | 10/25/2010 | 26 | 11/29/2010 | | Unopposed | | |
| 07-61191 | SC | MFA | Smith et al v. Aventis Cropscience USA Inc et al | Borg-Warner Corporation | Summary Judgment | 10/25/2010 | 27 | 11/29/2010 | | Unopposed | | |
| 07-61194 | SC | MFA | Chassereau et al v. Aventis Cropscience USA Inc et al | Georgia Pacific Corporation | Summary Judgment | 10/20/2010 | 21 | 11/24/2010 | | Unopposed | | |
| 07-61194 | SC | MFA | Chassereau et al v. Aventis Cropscience USA Inc et al | Lear Siegler Inc | Summary Judgment | 10/21/2010 | 22 | 11/25/2010 | | Unopposed | | |
| 07-61194 | SC | MFA | Chassereau et al v. Aventis Cropscience USA Inc et al | Aventis Cropscience USA Inc Certainteed Corporation Dana Corporation Union Carbide Corporation | Summary Judgment | 10/25/2010 | 23 | 11/29/2010 | | Unopposed | | |
| 07-61194 | SC | MFA | Chassereau et al v. Aventis Cropscience USA Inc et al | Borg-Warner Corporation | Summary Judgment | 10/25/2010 | 26 | 11/29/2010 | | Unopposed | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-61194 | SC | MFA | Chassereau et al v. Aventis Cropscience USA Inc et al | Nexen Group Inc | Summary Judgment | 10/25/2010 | 30 | 11/29/2010 | | Unopposed | | |
| 07-61196 | SC | MFA | Myers et al v. Owens Illinois, Inc. et al | Georgia-Pacific Corporation | Summary Judgment | 10/22/2010 | 11 | 11/26/2010 | | Unopposed | | |
| 07-61198 | SC | MFA | Middleton v. Owens Illinois, Inc. et al | Crane Co. | Summary Judgment | 10/25/2010 | 12 | 11/29/2010 | | Unopposed | | |
| 07-61205 | SC | MFA | Crisp v. Aventis Cropscience USA Inc et al | Aventis Cropscience USA Inc. Certainteed Corporation Dana Corporation Union Carbide Corporation | Summary Judgment | 10/25/2010 | 17 | 11/29/2010 | | Unopposed | | |
| 07-61206 | SC | MFA | Blanton v. Owens-Illinois Inc et al | Georgia Pacific Corporation | Summary Judgment | 10/21/2010 | 18 | 11/25/2010 | | Unopposed | | |
| 07-61209 | SC | MFA | Aluza v. AW Chesterton et al | Yarway Corporation | Summary Judgment | 10/21/2010 | 30 | 11/25/2010 | | Unopposed | | |
| 07-61216 | SC | MFA | Ponzo et al v. Owens-Illinois, Inc. et al | Aqua-Chem, Inc. | Summary Judgment | 10/25/2010 | 11 | 11/29/2010 | | Unopposed | | |
| 07-61223 | SC | MFA | Johnson et al v. Aventis Cropscience USA Inc et al | Aventis Cropscience USA Inc Dana Corporation Union Carbide Corporation | Summary Judgment | 10/25/2010 | 14 | 11/29/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Georgia Pacific Corp. | Summary Judgment | 10/22/2010 | 37 | 11/26/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Kirkhill TA | Summary Judgment | 10/25/2010 | 41 | 11/29/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Daniel International Corporation Fluor Daniel Services Corporation | Summary Judgment | 10/25/2010 | 42 | 11/29/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Fluor Daniel Inc | Summary Judgment | 10/25/2010 | 43 | 11/29/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Aerojet General Corp | Summary Judgment | 10/25/2010 | 45 | 11/29/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Lycoming Engines | Summary Judgment | 10/25/2010 | 47 | 11/29/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Lockheed Martin Corporation | Summary Judgment | 10/25/2010 | 48 | 11/29/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Lockheed Martin Corporation | Summary Judgment | 10/25/2010 | 49 | 11/29/2010 | | Unopposed | | |
| 07-61228 | SC | MFA | Tant v. Aventis Cropscience USA Inc et al | Aventis Cropscience USA Inc Union Carbide Chemicals and Plastic Company Inc. | Summary Judgment | 10/27/2010 | 50 | 12/1/2010 | | Unopposed | | |
| 07-61233 | SC | MFA | Alsbrook et al v. Owens Illinois Inc et al | Pneumo Abex Corporation | Summary Judgment | 8/24/2010 | 7 | 9/28/2010 | | Unopposed | | |
| 07-61233 | SC | MFA | Alsbrook et al v. owens Illinois Inc et al | Honeywell International Inc | Summary Judgment | 10/22/2010 | 10 | 11/26/2010 | | Unopposed | | |
| 07-61435 | SC | MFA | Greenway et al v. ACandS Incorporated et al | Daniel Construction Company Inc Daniel International Corporation Fluor Daniel Services Corporation | Summary Judgment | 11/19/2010 | 35 | 12/24/2010 | | Unopposed | | |
| 07-61435 | SC | MFA | Greenway et al v. ACandS Incorporated et al | Fluor Daniel, Inc. Strategic Organizational Systems Enterprises Inc | Summary Judgment | 11/19/2010 | 36 | 12/24/2010 | | Unopposed | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-61439 | SC | MFA | Carpenter et al v. Aqua-Chem, Inc. et al | Fluor Daniel Services Corporation | Summary Judgment | 11/17/2010 | 16 | 12/22/2010 | | Unopposed | | |
| 07-61439 | SC | MFA | Carpenter et al v. Aqua-Chem, Inc. et al | Fluor Daniel Inc | Summary Judgment | 11/17/2010 | 17 | 12/22/2010 | | Unopposed | | |
| 07-61439 | SC | MFA | Carpenter et al v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/17/2010 | 18 | 12/22/2010 | | Unopposed | | |
| 07-61442 | SC | MFA | Arquette v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/12/2010 | 11 | 12/17/2010 | | Unopposed | | |
| 07-61445 | SC | MFA | Wright et al v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/17/2010 | 14 | 12/22/2010 | | Unopposed | | |
| 07-61455 | SC | MFA | Swink et al v. ACandS Inc. et al | Owens-Illinois, Inc. | Summary Judgment | 11/19/2010 | 27 | 12/24/2010 | | Unopposed | | |
| 07-63761 | SC | MFA | Albertson et al v. National Service Industries Inc et al | Crane Co. | Appoint & Summary Judgment | 10/25/2010 | 20 | 11/29/2010 | | Unopposed | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | |
| 07-63778 | SC | MFA | Kelley et al v. Aqua-Chem Inc. et al | Imo Industries, Inc. | Summary Judgment | 10/26/2010 | 81 | 11/30/2010 | | Unopposed | | |
| 07-63778 | SC | MFA | Kelley et al v. Aqua-Chem Inc. et al | Union Carbide Corporation | Summary Judgment | 11/12/2010 | 86 | 12/17/2010 | | Unopposed | | |
| 07-63778 | SC | MFA | Kelley et al v. Aqua-Chem Inc. et al | Buffalo Pumps, Inc. | Summary Judgment | 11/19/2010 | 88 | 12/24/2010 | | Unopposed | | |
| 07-63778 | SC | MFA | Kelley et al v. Aqua-Chem Inc. et al | Blackmer Pump | Summary Judgment | 11/19/2010 | 89 | 12/24/2010 | | Unopposed | | |
| 07-63778 | SC | MFA | Kelley et al v. Aqua-Chem Inc. et al | Carrier Corporation | Summary Judgment | 11/19/2010 | 90 | 12/24/2010 | | Unopposed | | |
| 07-63778 | SC | MFA | Kelley et al v. Aqua-Chem Inc. et al | Yarway Coropration | Summary Judgment | 11/19/2010 | 91 | 12/24/2010 | | Unopposed | | |
| 07-63778 | SC | MFA | Kelley et al v. Aqua-Chem Inc. et al | Zurn Industries, LLC | Summary Judgment | 11/19/2010 | 92 | 12/24/2010 | | Unopposed | | |
| 07-64655 | SC | MFA | Thrift et al v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/17/2010 | 12 | 12/22/2010 | | Unopposed | | |
| 07-64674 | SC | MFA | Tucker et al v. Aqua-Chem Inc et al | Union Carbide Corporation | Summary Judgment | 11/15/2010 | 12 | 12/20/2010 | | Unopposed | | |
| 07-67408 | SC | MFA | Holcomb et al v. Aqua-Chem Inc et al | Union Carbide Corporation | Summary Judgment | 11/15/2010 | 14 | 12/20/2010 | | Unopposed | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | |
| 07-69170 | SC | MFA | Greene et al v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/17/2010 | 11 | 12/22/2010 | | Unopposed | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-76849 | SC | MFA | Krauk et al v. Owens Illinois Inc et al | Bayer Cropscience Inc Union Carbide Corporation | Summary Judgment | 10/25/2010 | 7 | 11/29/2010 | | Unopposed | | |
| 08-79838 | SC | MFA | Cooper et al v. Aqua-Chem Inc et al | Union Carbide Corporation | Summary Judgment | 11/12/2010 | 11 | 12/17/2010 | | Unopposed | | |
| 08-83127 | SC | MFA | Anders et al v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/17/2010 | 14 | 12/22/2010 | | Unopposed | | |
| 08-83131 | SC | MFA | Nix v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/15/2010 | 13 | 12/20/2010 | | Unopposed | | |
| 08-84581 | SC | MFA | Pareker v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/15/2010 | 12 | 12/20/2010 | | Unopposed | | |
| [illegible] | | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | | |
| 08-88803 | SC | MFA | Akers et al v. Aqua-Chem Inc et al | Union Carbide Corporation | Summary Judgment | 11/12/2010 | 13 | 12/17/2010 | | Unopposed | | |
| 08-88804 | SC | MFA | Akers et al v. Aqua-Chem, Inc. et al | Fluor Daniel Services Corporation | Summary Judgment | 11/17/2010 | 11 | 12/22/2010 | | Unopposed | | |
| 08-88804 | SC | MFA | Akers et al v. Aqua-Chem, Inc. et al | Fluor Daniel Inc | Summary Judgment | 11/17/2010 | 12 | 12/22/2010 | | Unopposed | | |
| 08-88804 | SC | MFA | Akers et al v. Aqua-Chem Inc et al | Union Carbide Corporation | Summary Judgment | 11/18/2010 | 13 | 12/23/2010 | | Unopposed | | |
| 08-89215 | SC | MFA | Knight et al v. Aqua-Chem, Inc. et al | Fluor Daniel Services Corporation | Summary Judgment | 11/17/2010 | 12 | 12/22/2010 | | Unopposed | | |
| 08-89215 | SC | MFA | Knight et al v. Aqua-Chem, Inc. et al | Fluor Daniel Inc | Summary Judgment | 11/17/2010 | 13 | 12/22/2010 | | Unopposed | | |
| 08-89215 | SC | MFA | Knight et al v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/17/2010 | 14 | 12/22/2010 | | Unopposed | | |
| 08-90406 | SC | MFA | Hyatt v. Aqua-Chem Inc et al | Union Carbide Corporation | Summary Judgment | 11/17/2010 | 12 | 12/22/2010 | | Unopposed | | |
| 08-90416 | SC | MFA | Weaver et al v. Owens Illinois Inc et al | Cleaver Brooks Inc | Summary Judgment | 12/6/2010 | 35 | 1/10/2011 | | Unopposed | | |
| [illegible] | | | | | | | | | | | | |
| 09-60084 | SC | MFA | Manus et al v. Aqua-Chem, Inc. et al | Union Carbide Corporation | Summary Judgment | 11/15/2010 | 12 | 12/20/2010 | | Unopposed | | |
| [illegible] | | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | | |

| Case Number | District | Referred to | Caption | Filed By | Motion Type | Filed Date | Document Number | Response Due | Extension Date | Opposed/ Unopposed | Response Filed | Hearings for Opposed Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-90846 | SC | MFA | Adams et al v. AW Chesterton Company et al | Union Carbide Corporation | Summary Judgment | 11/12/2010 | 17 | 12/17/2010 | | Unopposed | | |

**MAILED:**

ALGERNON SOLOMONS
ALICIA WHEELER
ALLAN SHACKELFOR
BRENT BENJAMIN
BYRON MILLER
C. DRAKE
CALVIN FULKERSON
CAMERON WADDELL
CARL PIERCE
CHRISTOPHER MAURIELLO
CHRISTOPHER MC COOL
CRAVENS RAVENEL
DANIEL WHITE
DONALD BROWN
ERIC ENGLEBARDT
ERIC PAINE
GEORGE O'KELLEY
GILBERT BUSBY
HOMER TISDALE
J. KELLER
JACK RIFE
JACKSON BARWICK
JAMES GARY
JAMES PRESSLEY
JEFFREY EDDY
JENNIFER ZAJAC
JO ANN LEA
JOHN DOTSON
JOHN GORDINIER
JOHN MOORE
JOHN WALTERS
JOSEPH WILSON
JULES LEBLANC
KATHY CONDO
KEVIN KAUER
KEVIN MCGUIRE
LAWRENCE ABBOTT
MARY HILL
PHILLIP FERDERIGOS
R. CHURCH
RICHARD LUTZEL
ROBERT VARNADO
ROXANNE MCKENZIE
SARAH IIAMS
SCOTT JOHNSON
STEPHEN BOWERS
THOMAS BICKERS
THOMAS KEAVENY
TOMMIE WEATHERLY
TYNIKA ADAMS
VALERIE WILLIAMS
WILLIAM HANAHAN
WILLIAM KENEALY

**E-MAILED:**

ADAM DEMAHY
ADAM SHADBURNE
ALLISON BENOIT
ANITA CATES
ANTHONY HAYES
B. HAYS
BARBARA ORMSBY
BARRYE MIYAGI
BLAINE MOORE
BRIAN BOSSIER
BRIAN CLARK
C. EVERT
CAROL GALLOWAY
CHARLES SPRINKLE
CHRISTOPHER COLLEY
CHRISTOPHER GRACE
DAVID TRAYLOR
DEBORAH KUCHLER
EDWARD PAUL
EDWIN ELLINGHAUS
ERIC LUDWIG
ERIN SHOFNER
ERNEST FOUNDAS
EVELYN DAVIS
F ALDRIDGE
FORREST WILKES
FRANCES ZACHER
FRANK GORDON
GARY BEZET
GARY LEE
GAYLA MONCLA
GEORGE INABINET
GORDON WILSON
GREGORY ANDING
GUS SUAREZ
GUY GLAZIER
HALIMA SMITH
HARRY DAVIS
J. WELCH
JACQUELINE ROMERO
JAMES ELLIOTT
JAMES GANDY
JAMES KENNEDY
JENNIFER ADAMS
JENNIFER SIGLER
JENNIFER STUDEBAKER
JENNIFER TECHMAN
JOHANNA FOWLER
JOHN HAINKEL
JOHN SLOSSON
JOHN VITSAS
JOSEPH RHODES
KENNETH ROYER
KENNETH SALES
KIRK WARNER
KRISTOPHER WILSON
LAURA YEE
LOUIS HERNS
MARC WEINGARTEN
MARGARET JOFFE
MARK WALL
MATTHEW ZAMALOFF
MELISSA BORK
MICHAEL ABRAHAM
MICHAEL COLE
MICHAEL MILLS
MICHAEL ZUKOWSKI
MICHELE CROSBY
MOFFATT MCDONALD
MONA WALLACE
OLLIE HARTON
PAUL HUGHES
REBECCA SCHUPBACH
RICHARD EDWARDS
RICHARD PERLES
ROBERT DILLE
ROBERT HOOD
ROBERT LOVETT
ROBERT MERIWETHER
ROBERT SHAW
SAMUEL ROSAMOND
SCOTT DAVIDSON
SCOTT FRICK
SHAWN KACHMAR
STEPHANIE FLYNN
STEPHEN FOWLER
STEVEN PUGH
SUSAN KOHN
THOMAS DOUGALL
TIFFANY DICKENSON
TIMOTHY BOUCH
TIMOTHY PECK
V. BEVON
VIONNE DOUGLAS
W. MCVEA
WILLIAM COLLINS
WILLIAM CONNER
WILLIAM DAVIES
WILLIAM DAVIS
WILLIAM GRAHAM
WILLIAM SMITH