# EXHIBIT "A"

LOUISIANA STATE DEPARTMENT OF HEALTH AND
THE CITY OF NEW ORLEANS DEPT. OF HEALTH

License No. 47209

# Certificate of Marriage

### State of Louisiana

### Parish of Orleans

This is to certify that I _Father L. T. Dark, c.s.c._, a _priest_ of the _Roman Catholic_ Church, by virtue of the license required by law did on this _18th_ day of _August_, _1962_, A.D., unite in

### Holy Bonds of Matrimony

_Carl Sylvester Becnel_ — Groom

_Gail Ann Maranto_ — Bride

In testimony whereof I have caused the said parties with myself and three legal Witnesses, to sign these presents, the day and date aforesaid.

Witnesses:
- [signature] John A. Maranto
- [signature] Dale J. Loup
- [signature] Mary Ann Kelley

Parties:
- [signature] Carl S. Becnel — Signature of Groom
- [signature] Gail Ann Maranto — Signature of Bride
- [signature] Father Dark, c.s.c. — Signature of Officiant (Priest, Minister, other)

To Be Given to Bride and Groom

LACO 1-20