UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS § 
LIABILITY LITIGATION (NO. IV): § Civil Action No. MDL 875

THIS DOCUMENT RELATES TO THE FOLLOWING PLAINTIFFS:

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIL BECNEL, CARL BECNEL, JR. § | CIVIL ACTION |
| AND DAVID BECNEL, INDIVIDUALLY § | |
| AND ON BEHALF OF CARL BECNEL, § | |
| SR., DECEASED § | NO. 2:08-CV-84556 |
| § | |
| Plaintiffs § | |
| § | |
| VS. § | |
| § | |
| ANCO INSULATION, INC., et al. § | |
| § | |
| Defendants. § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Gail Becnel, Carl Becnel, Jr. and David Becnel, Plaintiffs/Appellants in the above-captioned case, appeal to the United States Court of Appeals for the Third Circuit from:

(1) Judge Eduardo C. Robreno's Memorandum & Order granting Defendant-Travelers Indemnity Company, Defendant-American Motorists Insurance Company, and Defendant-Commercial Union Insurance Company's Motion for Summary Judgment dated January 26, 2011; and

(2) Judge Eduardo C. Robreno's Order denying Plaintiffs' Motion for Leave to File Opposition to Motion for Summary Judgment and Motion for Reconsideration of the Order

Granting Defendants' Motion for Summary Judgment dated February 17, 2011.

Date:  February 24, 2011                                  Respectfully Submitted,


  /s/ Denyse Clancy
Denyse F. Clancy (#32968)
Attorney for Plaintiffs/Appellants
BARON & BUDD, P.C.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
dclancy@baronbudd.com
Phone: 214/521-3605
Fax: 214/520-1181


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record via electronic delivery on this 24th day of February, 2011.

/s/ Denyse Clancy
Denyse F. Clancy